Matter of USAA Gen. Indem. Co. v Jackson (2023 NY Slip Op 05998)

Matter of USAA Gen. Indem. Co. v Jackson

2023 NY Slip Op 05998

Decided on November 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 21, 2023

Before: Manzanet-Daniels, J.P., Kapnick, Oing, Pitt-Burke, Higgitt, JJ. 

Index No. 651026/22 Appeal No. 1067 Case No. 2022-05230 

[*1]In the Matter of USAA General Indemnity Company, Petitioner-Respondent,
v
Troy C. Jackson, Respondent-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (William Franc Perry, J.), entered on or about October 5, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated November 16, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 21, 2023